| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Scarcella, Louis A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Eastern District of New York | 3. Date of Report<br><br>01/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>01/28/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court, Eastern District of New York
Alfonse M.D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Farrell Fritz, P.C. |
| 2. | Power of Attorney | POA #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Shareholder Agreement, Farrell Fritz, P.C. (former law firm) - agreement provides for exact amount to be received for interest in the firm upon leaving. |
| 2. | 2005 | ABA Retirement Funds, Farrell Fritz, P.C. (Profit Sharing Plan -- 401(k)) |
| 3. | 2005 | ABA Retirement Funds, Farrell Fritz, P.C. (DC Pension Plan) |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Adjunct Professor, The Maurice A. Deane School of Law at Hofstra University (W-2) | $7,500.00 |
| 2. 2012 | Shareholder, Farrell Fritz, P.C. (W-2) | $419,509.88 |
| 3. 2013 | Shareholder, FarrellFritz, P.C. (W-2) | $422,420.97 |
| 4. 2014 | Shareholder, FarrellFritz, P.C. (W-2; 01/01/14-05/14/14) | $202,896.74 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Long Island University -- salary |
| 2. 2014 | Long Island University -- salary |
| 3. 2013 | Adelphia University -- salary |
| 4. 2014 | Adelphia University -- salary |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of Richmond | Tuition, Room & Board | L |
| 2. | Harvard University | Tuition, Room & Board | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Rental Property, Woodbury, Nassau County, NY | F | Rent | O | W | Exempt | | | | |
| 2.  Citibank (accounts) | D | Interest | N | T | | | | | |
| 3.  Bethpage Federal Credit Union (account) | A | Interest | J | T | | | | | |
| 4.  NYS 529 College Savings Program (age-based) | A | Interest | | | | | | | |
| 5.  Harbor Funds - HAINX | C | Dividend | M | T | | | | | |
| 6.  Columbia Acorn International Fund-Z | D | Dividend | L | T | | | | | |
| 7.  Brokerage Account #1 (H) | | | | | | | | | |
| 8.  - UBS Bank USA Dep Account | A | Interest | K | T | | | | | |
| 9.  - SMCWX | C | Dividend | K | T | | | | | |
| 10.  - AEPGX | B | Dividend | M | T | | | | | |
| 11.  - ANCFX | D | Dividend | L | T | | | | | |
| 12.  ABA Retirement Funds #1 (H) | | | | | | | | | |
| 13.  - Northern Trust - All Cap Index Equity Fund | B | Dividend | M | T | | | | | |
| 14.  - Northern Trust- Intl All Cap Equity Fund | B | Dividend | L | T | | | | | |
| 15.  - Northern Trust - Stable Asset Return Fund | B | Dividend | L | T | | | | | |
| 16.  ABA Retirement Funds #2 (H) | | | | | | | | | |
| 17.  - Northern Trust - Large-Cap Equity Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Northern Trust - Small-Mid Cap Equity Fund | A | Dividend | J | T | | | | | |
| 19. - Northern Trust - All Cap Index Equity Fund | A | Dividend | K | T | | | | | |
| 20. - Northern Trust - Intl All Cap Equity Fund | A | Dividend | K | T | | | | | |
| 21. - Northern Trust - Stable Asset Return Fund | B | Dividend | L | T | | | | | |
| 22. Brokerage Account #2 (H) | | | | | | | | | |
| 23. - FNYXX | A | Dividend | K | T | | | | | |
| 24. Brokerage Account #3 (H) | | | | | | | | | |
| 25. - FSTFX | A | Dividend | L | T | | | | | |
| 26. - RIMSX | A | Dividend | J | T | | | | | |
| 27. - FNYXX | A | Interest | M | T | | | | | |
| 28. Brokerage Account #4 (IRA) (H) | | | | | | | | | |
| 29. - FFRHX | A | Dividend | J | T | | | | | |
| 30. - GFAFX | D | Dividend | K | T | | | | | |
| 31. - ICSLX | D | Dividend | L | T | | | | | |
| 32. - PASDX | B | Dividend | K | T | | | | | |
| 33. - REBSX | D | Dividend | M | T | | | | | |
| 34. - RINSX | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FDRXX | A | Dividend | L | T | | | | | |
| 36. Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 37. - FCNTX | C | Dividend | K | T | | | | | |
| 38. - FDYSX | B | Dividend | J | T | | | | | |
| 39. - FSICX | A | Dividend | K | T | | | | | |
| 40. - GFAFX | C | Dividend | K | T | | | | | |
| 41. - MFLDX | A | Dividend | J | T | | | | | |
| 42. - UMBWX | B | Dividend | J | T | | | | | |
| 43. - FDRXX | A | Dividend | J | T | | | | | |
| 44. Brokerage Account #5 (IRA) (H) | | | | | | | | | |
| 45. - FCNTX | D | Dividend | L | T | | | | | |
| 46. - FLPSX | D | Dividend | M | T | | | | | |
| 47. - FSICX | B | Dividend | K | T | | | | | |
| 48. - LSBDX | C | Dividend | L | T | | | | | |
| 49. - MFLDX | A | Dividend | K | T | | | | | |
| 50. - SLADX | E | Dividend | M | T | | | | | |
| 51. - FDRXX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Brokerage Account #6 (H) | | | | | | | | | |
| 53.   - FNYXX | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 01/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Scarcella, Louis A. | 01/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Louis A. Scarcella**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544